UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____21-mj-02505-McAliley_____

UNITED STATES OF AMERICA,

v.

AGUSTIN VICENTE SUAREZ CHOMPOL,
JULIO CESAR QUINONES CALZADA, AND
JORGE SANTIAGO ACOSTA CHIQUITO,

　　　Defendants.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  X  No

4. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?  __ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Frederic C. Shadley
Assistant United States Attorney
Court ID No. A5502298
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7649
(305) 715-7639 (fax)
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| AGUSTIN VICENTE SUAREZ CHOMPOL, JULIO CESAR QUINONES CALZADA, AND JORGE SANTIAGO ACOSTA CHIQUITO, | ) ) ) ) ) |
| Defendant(s) | |

Case No. 21-mj-02505-McAliley

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __March 9, 2021__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_/s/_
Complainant's signature

CGIS Special Agent Javiel Gonzalez
Printed name and title

Attested to in accordance with the requirements
of Federal Rule of Criminal Procedure 4.1 by __Face Time__

Date: __March 17, 2021__

_/s/ Chris M. McAliley_
Judge's signature

City and state: Miami, Florida

Hon. Chris M. McAliley, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Javiel Gonzalez, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Coast Guard Investigative Service (CGIS) in Miami, Florida and have worked in this capacity since August, 2019. Prior to becoming a CGIS Agent, I worked as a Special Agent with the U.S. Secret Service from 2017-2019 and prior to that, I was employed by the State of Florida as a State Trooper and a Criminal Investigator. I have worked in law enforcement for a total of nine years. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code that is empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against Agustin Vicente SUAREZ CHOMPOL, Julio Cesar QUINONES CALZADA, and Jorge Santiago ACOSTA CHIQUITO for: knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about March 9, 2021, while on routine patrol, a United States Marine Patrol Aircraft (MPA) detected a go fast vessel (GFV) approximately 210 nautical miles southwest of Isla de Coiba, Panama, in international waters. United States Coast Guard Cutter (USCGC) MUNRO received authorization to board the GFV based on the fact the GFV was reasonably suspected of being without nationality, displayed no apparent indicia of nationality, had a large

amount of fuel barrels and containers on deck, and the three individuals onboard pulled their hoods up upon seeing the MPA fly overhead; all these while operating in a known drug trafficking area.

4. USCGC MUNRO launched their Small Unmanned Aircraft System (sUAS) and acquired visual of the GFV. USCGC MUNRO also launched an Over the Horizon boat (OTH) for intercept. The USCG boarding team found three individuals on the GFV, who were identified as Agustin Vicente SUAREZ CHOMPOL, Julio Cesar QUINONES CALZADA, and Jorge Santiago ACOSTA CHIQUITO.  Law enforcement spoke with the master of the vessel, and asked if the master claimed nationality for the vessel.  He responded "no."  To clarify, he was asked if the vessel had a nationality, and he responded "no."  Further, a check of the GFV yielded Ecuadorian registration documents which included a name, MARIA DE JESUS, registration number B-02-293118, and homeport, Esmeraldas, Ecuador. The registration number and a maker's mark consisting of a rectangle with three horizontal stripes (yellow/blue/red from top to bottom) were painted on the port and starboard sides of the hull. The Ecuadorian government could neither confirm nor deny nationality of the vessel. Based on the investigation to that point, the USCG was authorized to treat the GFV as a vessel without nationality and conducted a full law enforcement boarding.

5. The GFV boarding team took Ionscan swipes which came back positive for cocaine on the port beam and positive for Phencyclidine (PCP) on the center hatch. The boarding team also noticed fresh fiberglass, fresh paint and various colors of paint throughout the GFV, as well as approximately eight inches of unaccounted space below the main deck. The boarding team conducted a minimally intrusive search into the main deck which revealed a false deck.  Below the false deck were kilo-shaped packages that contained a white, powdery substance.  Two samples of the white substance in the packages tested positive for cocaine. The GFV boarding

team recovered approximately 674 kilograms of similar packages containing suspected cocaine from the vessel.

6.    The U.S. Coast Guard subsequently detained all three individuals who were on board the GFV. Two are Ecuadorian nationals and the last one is a Colombian national. All three individuals are currently en-route to the Southern District of California. They are expected to arrive in the Southern District of California on or about March 19, 2021.

7.    Based on the foregoing facts, I submit that probable cause exists to believe that Agustin Vicente SUAREZ CHOMPOL, Julio Cesar QUINONES CALZADA, and Jorge Santiago ACOSTA CHIQUITO, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute five kilograms or more of cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Javiel Gonzalez
Special Agent
Coast Guard Investigative Service

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by __Face Time__

This __17th__ day of March, 2021.

_____
Hon. Chris M. McAliley
U.S. Magistrate Judge

3